**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DMITRI ALI DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-09-217-M |
| ) | |
| OKLAHOMA COUNTY, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On February 26, 2009, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be dismissed as untimely filed under 28 U.S.C. § 2244(d). Petitioner was advised of his right to object to the Report and Recommendation by March 18, 2009, and a review of the court file reveals that no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 26, 2009; and

(2) DISMISSES the petition for writ of habeas corpus.

**IT IS SO ORDERED this 24th day of March, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE